In the Matter of the Probate of the Will of JEROME F. DUMONT, Deceased.

HELEN POWERS, Appellant; JOHN J. BENNETT, JR., Attorney-General of the State of New York, et al., Respondents.

Argued January 9, 1940; decided January 23, 1940.

*Jacob Gordon* and *Oscar Geltman* for appellant.

*John J. Bennett, Jr., Attorney-General (Robert P. Beyer* of counsel), respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.